THE STATE OF KANSAS v. FRANK FORNER.

No. 15,138    (89 Pac. 674.)

CONTEMPT—*Violation    of    Injunction—Intoxicating    Liquors.*
Appellant was convicted of violating an order enjoining him from keeping a place where intoxicating liquors were unlawfully sold, and the judgment was affirmed.

Appeal from Miami district court; WINFIELD H. SHELDON, judge. Opinion filed March 9, 1907. Affirmed.

*Fred S. Jackson,* attorney-general, and *John S. Dawson,* assistant attorney-general, for The State.

*Frank M. Sheridan,* for appellant.

*Per Curiam:* The district court made an order temporarily enjoining appellant from keeping a place where intoxicating liquors were sold in violation of law. An accusation was afterward filed charging him with a violation of the order. He was convicted, and appeals.

The errors he complains of are based almost entirely upon a misconception of the character of the proceedings in contempt in such cases. The court upon complaint filed in the original suit may inquire into and

punish a violation of the temporary injunction.    The
proceeding is a part of the injunction suit.    (*The
State v. Thomas*, 74 Kan. 360, 86 Pac. 499.)

The accusation need not possess the formalities of
an indictment or information, and no arraignment of
the accused is necessary.    Nor can the state be re-
quired to elect upon which particular charge it relies
for conviction.    The contention, argued at length, that
before the court could find the accused guilty of con-
tempt the state must prove that he did not have a
druggist's permit has been decided against appellant
in *The State v. Plamondon, ante*, p. 269.    It was not
incumbent upon the state to show that the prosecutor
had personal knowledge of the violation of the injunc-
tion.    It was so decided in *The State v. Thomas, supra.*
There was an abundance of evidence to sustain the
finding of the trial court and support the conviction.

The judgment is affirmed.